1 KEVIN V. RYAN (CSBN 118321)
  United States Attorney

2

3 EUMI L. CHOI (WVBN 0722)
  Chief, Criminal Division

4 CHRISTINA HUA (CSBN 185358)
  Assistant United States Attorney
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-7534
      FAX: (415) 436-7234
7 Attorneys for Plaintiff

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 UNITED STATES OF AMERICA,          )    No. CR 06-0668-JSW
                                      )
13         Plaintiff,                 )
                                      )    **STIPULATION AND
14    v.                              )    [PROPOSED] ORDER REGARDING
                                      )    EXCLUSION OF TIME**
15 PHILIP J. LUM,                     )
                                      )
16         Defendant.                 )
                                      )

17

18     The defendants came before Magistrate Judge Elizabeth D. Laporte for Identification of

19 Counsel on October 10, 2006. The matter was set over to December 7, 2006 before the

20 Honorable Jeffrey S. White for the initial status hearing. The parties, including the defendant,

21 agreed, and the Court found, that the time between October 10, 2006 and December 7, 2006 is

22 properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections

23 3161(h)(8)(A) and (h)(B)(iv). Defense attorney George Walker requires time to request and

24 review the discovery, and the parties agree that the continuance from October 10, 2006 to

25 December 7, 2006 is reasonable time necessary for purposes of adequate preparation and

26 continuity of defense counsel, taking into account the exercise of due diligence. The parties

27 //

28 //

STIPULATION AND [PROPOSED]
ORDER REGARDING EXCLUSION OF TIME     1

1 | agree that the ends of justice are served by granting the requested continuance outweigh the best
2 | interest of of the public and the defendants in a speedy trial.

5 | DATED: 10/16/06        /S/ Christina Hua
6 |                        CHRISTINA HUA
                           Assistant United States Attorney

8 | DATED: 10/11/06        /S/ George Walker
9 |                        GEORGE WALKER
                           Counsel for Philip J. Lum

11 | ORDER

12 | For the foregoing reasons, and as stated on the record at the October 10, 2006 hearing in this
13 | matter, the Court HEREBY ORDERS the period between October 10, 2006 and December 7,
14 | 2006 excluded from the speedy trial calculation under Title 18, United States Code, Sections
15 | 3161(h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance
16 | would unreasonably deny defense counsel the reasonable time necessary for effective preparation
17 | and continuity of counsel, taking into account due diligence by defense counsel. The Court finds
18 | that the ends of justice served by granting the requested continuance outweigh the best interest of
19 | the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.
20 | IT IS SO ORDERED.

22 | DATED:   10/17/06
                           NANDOR J. VADAS
                           United States Magistrate Judge

STIPULATION AND [PROPOSED]
ORDER REGARDING EXCLUSION OF TIME    2