UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-0668 JSW |
|     Plaintiff, ) ) | **ORDER [Proposed]** |
|     v. ) ) | EXCLUDING TIME |
| PHILLIP J. LUM, ) ) | |
|     Defendant. ) | |

On January 25, 2007, a status conference was held in the above-captioned case. Assistant United States Attorney Robin L. Harris appeared on behalf of plaintiff, the United States of America. George Walker, Esq. appeared on behalf of the defendant who was also present. The Court continued the matter until February 22, 2007 to permit the parties to review the extensive discovery provided by the government and to facilitate the effective trial preparation and continuity of all counsel. The parties agreed that the time from January 25, 2007 through February 22, 2007 should be excluded from the Speedy Trial Act for the reasons stated on the record and for the continued effective trial preparation and continuity of counsel. Accordingly, the Court ORDERS the time from January 25, 2007 through February 22, 2007 is excluded from the Speedy Trial Act for the reasons stated on the record on January 25, 2007 and for the continued effective trial preparation and continuity of counsel.

IT IS SO ORDERED.

DATED: February 7, 2007

                                                  HONORABLE JEFFREY S. WHITE
                                                United States District Court Judge

ORDER
[CR 06-0668] [JSW]