**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PHILLIP LUM,<br><br>    Defendant.<br>_____/<br><br>UNITED STATES OF AMERICA ,<br><br>    Plaintiff,<br><br>  v.<br><br>MALDONADO,<br><br>    Defendant.<br>_____/ | No. CR 06-00668-1 JSW<br>No. CR 07-89 CRB<br><br>**ORDER VACATING ORDER RELATING AND REASSIGNING CASES** |

On March 8, 2007, this Court issued an Order finding *United States v. Maldonado,* 07-CR-89 CRB related to *United States v. Lum*, 06-CR-668-JSW, and ordered the clerk to reassign the later-filed action to this Court. The Court has reconsidered its earlier order and, although it finds that the cases are related as defined by Criminal Local Rule 8-1(b), it also finds that reassignment of the later filed action is not warranted. Accordingly, the Order relating and reassigning the case is HEREBY VACATED, and *United States v. Maldonado*, 07-CR-89 shall

remain pending before Judge Breyer.

**IT IS SO ORDERED.**

Dated: March 8, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California