IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CR 06-00668-1 JSW |
| v. | **ORDER GRANTING JOINT MOTION FOR TWO-WEEK CONTINUANCE OF PRE-TRIAL AND TRIAL DATE** |
| PHILLIP LUM, | |
|     Defendant. | |

The Court has received the parties' joint motion for a two-week continuance of the pretrial conference, trial date, and related deadlines. Good cause appearing, the Court HEREBY GRANTS the motion.

Accordingly, **the deadline for the filings due in advance of the pretrial conference is HEREBY CONTINUED to April 9, 2007**, the pretrial conference is hereby continued to April 23, 2007 at 2:30 p.m., and the trial is continued to May 14, 2007 at 8:30 a.m. The Court shall expect the parties' pretrial filings on April 9, 2007, unless it has received a notice that the matter has been resolved.

**IT IS SO ORDERED.**

Dated: March 27, 2007

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

*United States District Court*
*For the Northern District of California*